# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN GIBSON, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| STATE FARM FIRE AND CASUALTY COMPANY, | : | No. 18-4919 |
| Defendant. | : | |

## ORDER AND CIVIL JUDGMENT

**AND NOW**, on February 18, 2020, for the reasons stated in my accompanying memorandum opinion, **IT IS ORDERED** that:

1. Plaintiffs' Motion for Reconsideration (doc. 55) is DENIED.

2. Defendant's Motion to Modify the Judgment (doc. 52) is DENIED.

3. Plaintiffs' Motion to Mold the Jury Verdict (doc. 56) is GRANTED.

4. JUDGMENT is entered in favor of Plaintiffs Eileen M. Gibson and Robert P. Gibson, against State Farm Automobile Insurance Company, in the amount of $750,000.00.

BY THE COURT

 */S/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE